### Heck v. Battistee.

(Decided November 16, 1916.)

Appeal from Jefferson Circuit Court
(Common Pleas Branch, First Division).

Attorney and Client—Suspension for Failing to Pay Over Money Collected—Appeal and Error.—The questions in the case are purely of fact and we will not disturb the finding of the judge that the attorney violated the statute.

W. A. HECK for appellant.

GARNER CLARK for appellee.

OPINION OF THE COURT BY JUDGE CARROLL—Affirming.

This was a proceeding under section 104 of the Kentucky Statutes to suspend the appellant, an attorney at law, from practicing his profession because he wrongfully failed and refused on demand to pay over money that he had collected for his client.

The questions in the case are purely of fact, and we are not disposed to interfere with the finding of the judge of the lower court on the facts that the appellant

violated the statute and was subject to the penalty therefor. The facts are very brief and very simple and it would serve no useful purpose to set them out here.

Wherefore, the judgment is affirmed.